UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

LOUIS BRACERO,

                                        Plaintiff,              **ORDER**

      - against -                                                No. 19-CV-8285

SUPERINTENDENT ROBERT CUNNINGHAM,
*et al.*,

                                     Defendants.

-------------------------------------------------------------------x

Seibel, J.

      Pursuant to my Emergency Individual Rules and Practices in Light of COVID-19, last revised March 19, 2020, all parties to civil conferences shall attend by phone, using the following information:

      Toll-Free Number:  (877) 336-1839
      Access Code:  1047966

     The parties should call in from a landline, announce their names before speaking, and mute their lines when not speaking.  This Order is subject to revocation at any time.

**SO ORDERED.**

Dated:  March 31, 2020
         White Plains, New York

                                                        _____
                                                               CATHY SEIBEL, U.S.D.J.