UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| LOUIS BRACERO, | **STIPULATION OF DISMISSAL FRCP 41 (A) AND ORDER OF DISMISSAL** |
| Plaintiff, | |
| -against- | Case No. 7:19-cv-08285 |
| | Judge: Hon. Cathy Seibel |
| ROBERT CUNNINGHAM, SUPERINTENDENT OF FISHKILL CORRECTIONAL FACILITY; CHRISTOPHER RODRIGUEZ, CORRECTION OFFICER; ANTHONY STUETZLE, CORRECTION OFFICER; D. CURTIN, SARGENT; JOHN /JANE DOES 1 – 10 | |
| Defendant. | |

------------------------------------------------------------X

Plaintiff Louis Bracero and Defendant Christopher Rodriguez hereby stipulate under Federal Rule of Civil Procedure 41 (a)(1)(ii) that this action be dismissed with prejudice as to all claims and causes of action raised therein related to Defendant Christopher Rodriguez, with each party bearing that party's own attorney fees and costs.

WHEREFORE, the Parties respectfully request that this Court issue the proposed Order of Dismissal, attached hereto.

Dated: September 15, 2020

| | |
|---|---|
| MARIO VASQUEZ & ASSOCIATES PC | CAPEZZA HILL, LLP |
| Attorneys for Plaintiff | Attorneys for Defendant |
| By: _____ | By: _____ |
| MARIO VASQUEZ, ESQ. | BENJAMIN HILL |
| 498 Main Street, Suite 1 | 30 South Pearl Street, Suite P-110 |
| New Rochelle, New York 10801 | Albany, New York 12207 |
| (914) 336-2666 | (518) 436-1661 |
| mario@mariolaw.com | Ben@Capezzahill.com |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LOUIS BRACERO,

                                 Claimant,

    -against-

CHRISTOPHER RODRIGUEZ,

                                 Defendant.
-----------------------------------------------------------X

Case No. 7:19-cv-08285 (CS)

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41 (a)(1)(ii), *IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE* as to all claims and causes of action related to Defendant Christopher Rodriguez with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

**IT IS SO ORDERED**

DATED:  9/15/20

*Cathy Seibel*

_____
**CATHY SEIBEL**
**UNTIED STATES DISTRICT JUDGE**